AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

_____ DISTRICT OF Massachusetts _____

UNITED STATES OF AMERICA
v.
JANICE PIERRE

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 2005-MJ-0471-RBC

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __July 12, 2005__ in __Middlesex__ county, in the _____ District of __Massachusetts__ defendant(s) did, (Track Statutory Language of Offense)

knowingly execute or attempt to execute a scheme or artifice to obtain any of the moneys, funds credits, assets, securities or other property owned by or under the custody or control of, a financial institution, by means of false or fraudulent pretenses, representations, or promises; and
knowingly transfer, possess and use, wihtout lawful authority, a means of identification of another person during and in relation to a violation of 18 U.S.C. Section 1344.

in violation of Title __18__ United States Code, Section(s) __1344, 1028A__.

I further state that I am a(n) __Special Agent of the FBI__ and that this complaint is based on the following
                                                                  Official Title

facts:

See Attached Affidavit of Dennis Regan

Continued on the attached sheet and made a part hereof:  ☒ Yes  ☐ No

Signature of Complainant

Sworn to before me and subscribed in my presence,

09-01-2005 at 5:01 pm  at  Boston, Massachusetts
Date  City and State

ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
Name & Title of Judicial Officer  Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.

✎JS 45 (5/97) - (Revised USAO MA 6/29/04)

## Criminal Case Cover Sheet U.S. District Court - District of Massachusetts

**Place of Offense:** _____ **Category No.** II  **Investigating Agency** FBI

**City** Wakefield  **Related Case Information:**

**County** Middlesex

Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   JANICE PIERRE_____   Juvenile   ☐ Yes   ☒ No

Alias Name   _____

Address   30 Baker Street, Malden, MA_____

Birth date (Year only): 1974  SSN (last 4 #): 8195  Sex F  Race: BL  Nationality: Haitian

**Defense Counsel if known:** _____   **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA   Seth Berman_____   Bar Number if applicable   629332

Interpreter:   ☐ Yes  ☒ No   List language and/or dialect: _____

**Matter to be SEALED:**   ☒ Yes   ☐ No

☒ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

**Charging Document:**   ☒ Complaint   ☐ Information   ☐ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** September 1, 2005   **Signature of AUSA:** /s/

JS 45 (5/97) - (Revised USAO MA 3/25/02) Pa of 2 or Reverse _____   _____

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   JANICE PIERRE

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. § 1344 | Bank Fraud | 1 |
| Set 2  18 U.S.C. § 1028A | Aggravated Identity Theft | 2 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**