UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>JANICE PIERRE )<br>) | Criminal No. 05-MJ-0471-RBC-1 |

### GOVERNMENT'S MOTION TO UNSEAL COMPLAINT

The United States of America hereby moves this Court to direct that the complaint be unsealed in this matter. As grounds therefor, the government states that the defendant has been arrested, and that the public disclosure of the complaint will no longer jeopardize an ongoing criminal investigation.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/
SETH P. BERMAN
Assistant U.S. Attorney

Date: September 19, 2005

ALLOWED,
SO ORDERED
[signature]