AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF Massachusetts

UNITED STATES OF AMERICA

v.

JANICE PIERRE

**WARRANT FOR ARREST**

CASE NUMBER: 2005-mJ-0471-RBC

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest     JANICE PIERRE
                                         Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
knowingly executing or attempting to execute a scheme or artifice to obtain any of the moneys, funds credits, assets, securities or other property owned by or under the custody or control of, a financial institution, by means of false or fraudulent pretenses, representations, or promises; and
knowingly transferring, possessing and using, wihtout lawful authority, a means of identification of another person during and in relation to a violation of 18 U.S.C. Section 1344.

in violation of
Title 18     United States Code, Section(s) 1344, 1028A

ROBERT B. COLLINGS
Name of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

Signature of Issuing Officer
HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 7420
Bail fixed at $ _____ Boston, Massachusetts 02210 _____ by

09-01-2005     Boston, Massachusetts
Date and Location

Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant on _____

WARRANT EXECUTED BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 9/13/2005

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
|  | DUSM NEAL |  |
| DATE OF ARREST | DUSM OLIVEIRA |  |

This form was electronically produced by Elite Federal Forms, Inc.