UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v. )<br>)<br>JANICE PIERRE ) | CRIMINAL NO.: 05-M-0471-RBC |

JOINT MOTION FOR CONTINUANCE OF PRELIMINARY HEARING

The United States, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorney Seth P. Berman, and the defendant, by and through her attorney James Krasnoo, Esq., jointly move to continue the Preliminary Hearing currently scheduled for October 3, 2005 at 2:00 p.m. until November 30, 2005 at 10:30 a.m. As grounds therefore, the parties state that the parties need this additional time to discuss issues relating to the case, which could impact the government's charging decisions in this matter.

Respectfully Submitted,
JANICE PIERRE                              MICHAEL J. SULLIVAN
By her attorney                            United States Attorney
                                           By:

/s/James Krasnoo                           /s/ Seth P. Berman
JAMES KRASNOO, ESQ.                        SETH P. BERMAN
978-475-9955                               Assistant U.S. Attorney
                                           (617) 748-3385

September 29, 2005