UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 2005-mj-0471-RBC |
| | ) | |
| JANICE PIERRE | ) | |

**DISMISSAL OF COMPLAINT WITHOUT PREJUDICE**

The government respectfully seeks to dismiss without prejudice, pursuant to Fed. R. Crim. P. 48(a), the pending complaint in this matter.

The defendant, by and through her counsel, James Krasnoo, Esq., assents to this request.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney


/s/ Michael J. Sullivan


Dated: November 28, 2005

LEAVE OF COURT GRANTED:

_____

Dated: _____